```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    |
RIAS TRADING S.A.                   |
                                    |
            Plaintiff,              |
                                    |  09 Civ. 10585 (KMW)
      -against-                     |
                                    |       ORDER
ASHRAF EL ATTAL, LOGISTICA LTD.,    |
LOGISTICA HOLDING LTD.,             |
GENEVA EGYPTIAN TRADERS CO.,        |
HISHAM EL ATTAL, AND                |
LOGISTICA MANAGEMENT LTD.           |
                                    |
            Defendants.             |
                                    |
------------------------------------X
```

KIMBA M. WOOD, U.S.D.J.:

The hearing on Plaintiff's motion shall take place on January 25, 2010 at 10:00 A.M. in Courtroom 15B. Any papers in opposition shall be submitted to the Court no later than January 21, 2010 at 12:00 P.M.

        SO ORDERED.

Dated:   New York, New York
         January 14, 2010

                                    _____
                                          Kimba M. Wood
                                    United States District Judge