UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RIAS TRADING S.A.,

            Plaintiff,                                                   09 Civ. 10585 (KMW)

   - against -

                                                               ECF CASE

ASHRAF EL ATTAL, LOGISTICA LTD.,
LOGISTICA HOLDING LTD., LOGISTICA
HOLDING LTD. GENEVA, EGYPTIAN
TRADERS CO., HISHAM EL ATTAL and
LOGISTICA MANAGEMENT LTD.

            Defendants.
------------------------------------------------------------------X

## DECLARATION OF ANNE C. LEVASSEUR

      ANNE C. LEVASSEUR, having been duly sworn, deposes and states the following upon the penalties of perjury as per 28 U.S.C. § 1746:

      1.    I am a member admitted to the Bar of this Honorable Court and am an attorney in the firm of Lennon, Murphy & Lennon LLC, attorneys for the Defendants EGYPTIAN TRADERS CO., ASHRAF EL ATTAL and HISHAM EL ATTAL (hereinafter collectively referred to as "Defendants").

      2.    I submit this Declaration in opposition to Plaintiff's Application for an Order of Attachment.

      3.    Attached hereto as Exhibit "A" is a true and accurate copy of Plaintiff's Verified Complaint filed on December 30, 2009.

      4.    Attached hereto as Exhibit "B" is a true and accurate copy of the transcript of *Shanghai Simon Import and Export v. Exfin (India) Mineral Ore Co., PVT. LTD.*, Docket No. 06 cv 4711 (GEL)(S.D.N.Y. Oct. 5, 2006).

5. Attached hereto as Exhibit "C" is a true and accurate copy of Plaintiff's Claims Submissions served in the underlying GAFTA arbitration.

6. Attached hereto as Exhibit "D" is a true and accurate copy of correspondence from Holman Fenwick Willan, Defendants' London solicitors, dated February 22, 2010.

7. Attached hereto as Exhibit "E" is a true and accurate copy of the Declaration of Moustafa Hamama submitted in the matter of CHS v. Egyptian Traders Co., 09 CV (LAK).

8. Attached hereto as Exhibit "F" is a true and accurate copy of the opinion letter of Mr. Taher Hozayen of MacKean Law Firm, Alexandria, Egypt.

9. Attached hereto as Exhibit "G" is a true and accurate copy of GAFTA Form No. 48.

10. Attached hereto as Exhibit "H" is a true and accurate copy of GAFTA Form No. 125.

Pursuant to 28 U.S.C. § 1746 I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this 23 day of February 2010 at Southport, Connecticut

*Anne C. LeVasseur*
Anne C. LeVasseur